**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GARY ROBERT MILLER,

        Plaintiff,

v.                                     Case No. 3:15-cv-209-J-34PDB

CITY OF ATLANTIC BEACH,

        Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 10; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on November 4, 2015. In the Report, Magistrate Judge Barksdale recommends that Plaintiff's Amended Complaint (Dkt. No. 5) be dismissed with prejudice, that the Court certify that any appeal from the order is not taken in good faith, and that the Clerk of the Court be directed to close the file. See Report at 9-10. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Amended Complaint (Dkt. No. 5) is **DISMISSED with prejudice**.

3. The Court certifies under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3)(A) that any appeal from this Order is not taken in good faith given the clear application of established § 1983 law concerning municipalities and the complete absence of allegations that would make the City of Atlantic Beach liable, and given the clear application of established law concerning dismissal with prejudice, the previous opportunity to amend, and the complete absence of any indication that a more carefully drafted complaint would state a claim against the City of Atlantic Beach.

4.	The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of November, 2015.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
The Honorable Patricia D. Barksdale
United States Magistrate Judge
Counsel of Record
Pro Se Party